THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Jesse Williams, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Cordell Maddox, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-242
Submitted May 1, 2009  Filed May 28, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Harold W Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Jesse
 Williams appeals his guilty plea and sentence for driving under the influence,
 third offense, arguing the plea court erred (1) in accepting his plea because
 the State failed to establish his prior convictions;  and (2) by failing to
 advise him of the mandatory minimum and maximum sentence he faced.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.